# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D19-2085
_____

KIMBERLY BRINSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Gadsden County.
Robert R. Wheeler, Judge.

August 30, 2019

PER CURIAM.

DISMISSED.

LEWIS, MAKAR, and JAY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Kimberly Brinson, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.